IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KARRI BALDRY and R.B., a minor
child through his parents and legal
guardians ROBERT BALDRY, JR.
and SUSAN BALDRY,

        Plaintiffs,

vs.                              CASE NO. 5:10cv40/RS-MD

COTTON STATES MUTUAL INSURANCE
COMPANY, a foreign corporation,

        Defendant.
_____/

## ORDER

Before me is Plaintiffs' Motion For Leave Of Court To Drop Susan Baldry As A Representative Party (Doc. 24).

**IT IS ORDERED** that Susan Baldry is dropped as a party-plaintiff from the case without prejudice.

**ORDERED** on June 24, 2010.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**